**Opinion filed November 29, 2012**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00333-CV

_____

## IN RE ROBERT OCHOA

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Robert Ochoa is the relator in this original proceeding. He has filed a motion to withdraw his petition for writ of mandamus. In the motion, relator states that the trial court has withdrawn the order that is the subject of this original proceeding. Accordingly, the matter is now moot. Therefore, in accordance with relator's request, the motion to withdraw the petition for writ of mandamus is granted.

The petition for writ of mandamus is withdrawn, and this proceeding is dismissed.

PER CURIAM

November 29, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Hill.[1]

---

[1]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.